**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2023-CA-0884

Jeffrey and Catherine McDonald. individually and on behalf
of their minor child, Emily McDonald

- - Versus - -

Michael D'Amico and Patti D'Amico

22nd Judicial District Court
Case #: 202112658
St. Tammany Parish

Consolidated with the following:

2023 - CA - 0885
Jeffrey and Catherine McDonald. individually and on behalf of their minor child, Emily McDonald

versus
Michael D'Amico and Patti D'Amico

On Application for Rehearing filed on   03/27/2024 by Jeffrey and Catherine McDonald, etc.

Rehearing _____ *Denied* _____

_____
Mitchell R. Theriot

_____
Allison H. Penzato

Hunter Greene

*PENZATO, J. would grant.*
*AHP*

Date __APR 0 5 2024__

_____
Rodd Naquin, Clerk